■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS FERNANDEZ, Appellant. [54 NYS3d 275]—Judgment, Supreme Court, New York County (Maxwell Wiley, J.), rendered June 25, 2014, convicting defendant, upon his guilty plea, of assault in the second degree, and sentencing him to a term of one year, unanimously affirmed.

Defendant failed to preserve his claim that the court gave him untimely and insufficient advice about the deportation consequences of his plea, and the narrow exception to the preservation requirement does not apply (*see People v Peque*, 22 NY3d 168, 182-183 [2013]; *People v Tiburcio*, 136 AD3d 584 [1st Dept 2016], *lv denied* 27 NY3d 1140 [2016]; *People v Diakite*, 135 AD3d 533 [1st Dept 2016], *lv denied* 27 NY3d 1131 [2016]). We decline to review this unpreserved claim in the interest of justice.

We perceive no basis for reducing the sentence. Concur—Acosta, P.J., Richter, Feinman, Webber and Kahn, JJ.